**Cameron HOOKER, Plaintiff–Appellant,**

v.

**Derral G. ADAMS, Warden; et al., Defendants–Appellees.**

No. 08–17151.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 8, 2010.

Cameron Hooker, Corcoran, CA, pro se.

April Hiroshima Gatling, Esquire, Deputy Attorney General, AGCA–Office of the

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Cameron Hooker, a California state prisoner, appeals pro se from the district court's summary judgment in his action alleging defendants violated his rights under Title II of the Americans with Disabilities Act ("ADA"). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Gibson v. County of Washoe,* 290 F.3d 1175, 1180 (9th Cir.2002), and we affirm.

Summary judgment was proper because Hooker failed to raise a triable issue as to whether he had a cognizable disability such that defendants had the obligation to permit him to possess a type-writer otherwise prohibited by prison rules. *See Vinson v. Thomas,* 288 F.3d 1145, 1153 (9th Cir.2002) ("A public agency may require reasonable evidence of a disability before providing accommodations.").

Hooker's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).